IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES BOGOSIAN,

    Plaintiff,

v.

NICHOLE BROWN, Superintendent,

    Defendant.

Case No. 3:24-cv-01691-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

The Court GRANTS plaintiff James Bogosian's Motion to Dismiss (ECF No. 10). This case is DISMISSED without prejudice. All pending motions are denied as moot.

DATED: December 27, 2024

    /s/ Jeff Armistead
Jeff Armistead
United States Magistrate Judge

1 - ORDER